UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-03331-SPG(BFMx) | Date | December 9, 2025 |
| Title | Michael Aram, Inc. v. SLT Lending SPV, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

The docket reflects that Plaintiff is not actively pursuing this matter. A notice of Settlement was filed on July 25, 2025 [20]. The Court set an OSC re Dismissal hearing for September 17, 2025. At the request of counsel, the September 17, 2025, hearing date was continued to October 22, 2025. The dismissal hearing was further continued to December 3, 2025. To date, a dismissal has yet to be filed. Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41-1, the Court deems this case closed (JS-6). All pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

00 : 00

Initials of Preparer   pg